CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
August 22, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TARUN KUMAR VYAS,  )  <br>  Plaintiff,  )  <br>  )  <br>v.  )  <br>  )  <br>SHERIFF BRYAN HUTCHENSON,  )  <br>  Defendant.  )  | Civil Action No. 7:23-cv-00269  <br><br>By: Elizabeth K. Dillon  <br>Chief United States District Judge |

## MEMORANDUM OPINION AND ORDER

Plaintiff Tarun Kumar Vyas, a Virginia prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., Dkt. No. 1.) This matter is now closed pursuant to plaintiff's motion for voluntary dismissal. (Dkt. No. 19.) Plaintiff subsequently filed a motion requesting a transfer to a different prison facility. (Dkt. No. 20.)

In his motion to transfer, plaintiff claims that unspecified individuals at the Rockingham County Regional Jail have retaliated against him for filing various federal lawsuits. (Dkt. No. 20.) The court takes judicial notice from plaintiff's other lawsuits in this court that plaintiff is no longer housed at Rockingham. (*See* Case No. 7:23-cv-738, Dkt. No. 55 (4/4/24 Notice of Change of Address, Greensville Correctional Center).) Therefore, plaintiff's motion will be denied as moot.

For these reasons, it is HEREBY ORDERED that plaintiff's motion to transfer (Dkt. No.20) is DENIED as moot. The Clerk is directed to transmit a copy of this order to plaintiff.

Entered: August 22, 2024.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge